No. 21-15869

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TWITTER, INC.,

      *Plaintiff-Appellant*,

v.

KEN PAXTON, IN HIS OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF TEXAS

      *Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:21-cv-01644,
Hon. Maxine M. Chesney

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REHEARING PETITION**

Appellant Twitter, Inc. requests a modest two-week extension of time, to and including March 30, 2022, in which to file a petition for panel rehearing and/or rehearing en banc.

1.    On March 2, 2022, a panel of this Court entered judgment affirming the decision of the district court. ECF No. 54.

2.    Under Federal Rules of Appellate Procedure 35(c) and 40(a)(1), the current deadline for filing a rehearing petition is March 16, 2022.

1

3. Twitter requires additional time to analyze the panel's decision, assess the appropriateness of requesting rehearing and, if it deems such a request appropriate, file a petition for panel rehearing and/or rehearing en banc.

4. Although counsel for Twitter have exercised diligence, there is a substantial need for an extension of time. Counsel have several other pending matters with imminent deadlines: *Meta Platforms, Inc. v. BrandTotal Ltd.*, No. 3:20-CV-07182-JCS (N.D. Cal.) (summary judgment motions due March 11, 2022); *Cox Communications, Inc. v. T-Mobile US, Inc.*, No. 340, 2021 (Del. S. Ct.) (motion for re-argument due March 18, 2022); *Fresenius Medical Care Orange County LLC v. Becerra, et al.*, No. 8:19-cv-02130 (C.D. Cal.) (opposition to summary judgment motion due March 25, 2022); *CREW v. DOJ*, No. 21-5276 (D.C. Cir.) (opening brief due March 22, 2022); *Taamneh, et al. v. Twitter, et al.*, No. 18-17192 (9th Cir.) (petition for certiorari due March 28, 2022).

5. This is the first request for an extension of time to file a petition for panel rehearing and/or rehearing en banc.

6. A two-week extension will not prejudice any party.

7. Counsel for Appellee Ken Paxton has indicated that they do not oppose a two-week extension.

8. For the foregoing reasons, Twitter respectfully requests that the Court grant this motion for an extension of time, to and including March 30, 2022, in which to file a petition for panel rehearing and/or rehearing en banc.

Dated:   March 7, 2022                            Respectfully submitted,

/s/ *Patrick J. Carome*
Patrick J. Carome

| | |
|---|---|
| PETER G. NEIMAN<br>ALEX W. MILLER<br>RISHITA APSANI<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>250 Greenwich St., 45th Floor<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>peter.neiman@wilmerhale.com<br><br>MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6047 | PATRICK J. CAROME<br>ARI HOLTZBLATT<br>ANURADHA SIVARAM<br>SUSAN PELLETIER<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>patrick.carome@wilmerhale.com |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation and page limitation of Fed. R. App. P. 27 and Circuit Rule 27-1 under the formula set forth at Circuit Rule 32-3 because it contains 310 words. This motion complies with the typeface and type style requirements of Fed. R. App. P. 27 because this brief has been prepared in a proportionally spaced typeface using Word 14-point Times New Roman typeface.

Date: March 7, 2022

                                          */s/ Patrick J. Carome*
                                          PATRICK J. CAROME

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Date: March 7, 2022

                                          */s/ Patrick J. Carome*
                                          PATRICK J. CAROME